UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI MUSAID MUTHANA.

Plaintiff,

Case No. 24-11373
U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

v.

PAUL SCHRIEBER, *et al.*,

Defendants.

___________________________/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#46], GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE [#45], AND DENYING AS MOOT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [#41]**

This matter is before the Court on Magistrate Judge David R. Grand's Report and Recommendation, dated August 5, 2026. Magistrate Judge Grand recommends that the Court (1) grant Plaintiff Ali Musaid Muthana's motion for voluntary dismissal of his complaint without prejudice [#45] and (2) deny as moot Defendants' motion for summary judgment [#41]. No party to this case has filed objections to the Report and Recommendation, and the time for doing so has expired. *See* 28

U.S.C. § 636(b)(1)(C).

Upon review of the record and the Report and Recommendation, the Court finds that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Grand's August 5, 2026 Report and Recommendation [#46] as this Court's findings of fact and conclusions of law.

Accordingly, Plaintiff's motion for voluntary dismissal of his complaint without prejudice is GRANTED and Defendants' motion for summary judgment is DENIED AS MOOT.

SO ORDERED.

Dated: August 21, 2026

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 21, 2026, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager